THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00079-MR

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| MICHELLE DIONNE, MARJORIE VESTAL, and MICHAEL VILAYAT MARSH, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Deposit Pursuant to Fed. R. Civ. P. 67 [Doc. 9].

The Plaintiff moves for the entry of an Order directing the Plaintiff to deposit with the Court certain life insurance proceedings in the amount of $10,812.35, plus any claim interest (hereinafter "the Death Benefit"), payable as a result of the death of Charles T. Marsh, Jr. ("Insured") under an individual life insurance policy, Number 27071942 ("Policy"), issued by the Plaintiff on the life of the Insured. [Doc. 9].

For the reasons stated by the Plaintiff, and good cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Deposit [Doc. 9] is **GRANTED**, and within twenty-one (21) days of the entry of this Order, the Plaintiff shall deposit the Death Benefit described above, together with any applicable claim interest, with the Clerk of this Court.

**IT IS FURTHER ORDERED** that these funds shall be deposited by the Clerk into the Registry of this Court as soon as the business of the office allows, and the Clerk shall deposit these funds into the interest-bearing Disputed Ownership Fun ("DOF") established within the Court Registry Investment System ("C.R.I.S.") administered by the Administrative Office of the United States Courts as Custodian, pursuant to L. Civ. R. 67.1(d)(2) regarding the Deposit of Interpleader funds. The Death Benefit so invested in the interest-bearing C.R.I.S. fund shall remain on deposit until further notice of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk and redeposited into the non-interest bearing Registry of the Court for disposition pursuant to the further Order of this Court.

**IT IS FURTHER ORDERED** that the Custodian shall deduct a miscellaneous schedule fee for the handling of those registry funds invested in interest-bearing accounts in accordance with the provisions of L. Civ. R. 67.1(f).

**IT IS SO ORDERED.**

Signed: May 17, 2018

Martin Reidinger
United States District Judge